UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCT LITIGATION — MDL No: 1431 (MJD)

This Document Relates to:

Terry G. Hayes v. Bayer Corp., et al. — Case: No: 02-CV-00445-MJD

**PlAINTIFF RESPONSE TO THE NOTICE OF DEPOSITION**

Come now the Plaintiff response to the Notice of Deposition,early date the Plaintiffs' Terry G. Hayes has open is Friday May 5, 2006. The deposition will video and stenographically recorded.

SCANNED
MAR 6 2006
U.S. DISTRICT COURT MPLS

Dated: February 24, 2006

TERRY G. HAYES

110 Pin Oak Circle
Mount Washington,
Kentucky 40047
502/538/2500

Deanna D. Dailey, Esq.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Court Reporter
Coulter Reporting
101 E. Kentucky Street
Louisville, Kentucky 40203

# CERTIFICATE OF SERVICE

Copies of the foregoing were sent on this 25 day of February, 2006 by Fax and U.S. Mail postage prepaid, to:

Philip S. Beck
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street
Suite 300
Chicago, IL 60603
312-494-4400

Douglas R. Marvin
Williams & Connolly LLP.
725 Twelfth Street, N. W.
Washington, D.C. 20005
202-454-5000

Peter W. Sipkins
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
612-340-2600

Susan A. Weber
Sidley Austin LLP.
One South Dearborn Street
Chicago, IL 60603
312-853-7000

Paul J. Zidlicky
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8000

Richard K. Dandrea
Eckert Seamens Cherin
& Mellott, LLP
USX Tower, 600 Grant St,
44th Floor
Pittsburgh, PA 15219
412-566-6000

[signature]

Jerry G. Hayes Esq.
116 Pin Oak Circle
Mt. Washington, Ky 40047

LOUISVILLE KY 400
27 FEB 2006 PM 3 L



United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis Minnesota

RECEIVED
BY MAIL
MAR [illegible] 2006
CLERK US DIST COURT
MINNEAPOLIS MN

55401+1035