UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE: 02-CV-00445-MJD

RECEIVED BY MAIL
CLERK, US DIST COURT MINNEAPOLIS

In re: Baycol Product Litigation

This Document also Relates to:

Terry G. Hayes v. Bayer Corporation Case No. 02-00445

---

Terry G. Hayes `Plaintiff

Deanna D. Dailey Larson & King LLP

Philip S. Beck Bartlit Beck Herman Palenchar & Scott LLP.

Susan Weber Sidley & Austin LLP.

Peter W. Sipker Dorsey & Whitney LLP.

Douglas R. Mavin William & Connolly LLP.

Richard K. Dandrea Eckest Seamens Cherin & Mellott LLP.

---

Come now the Plaintiff Terry G. Hayes bring this Motion of Objection against the Defendants' counsel Darryl Lavery of Boehl Stopher & Graves LLP.

The Plaintiff Terry G. Hayes, Motion is before this Court to stop the Defendants' counsel Darryl Lavery of getting the same medical record over against. Plaintiff had supply the information to Susan Weber office of Sidley & Austin LLP, out of Chicago.

Terry G. Hayes
Terry G. Hayes

SCANNED
JUN 0 1 2006
U.S. DISTRICT COURT MPLS

Date: May 23, 2006

Terry G. Hayes
110 Pin Oak Circle
Mt. Washington, Ky 40047
Telephone: 502-538-2500

Office of Clerk
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minnesota

Deanna D. Dailey Esq.
Larson & King LLP.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

Copies of the foregoing were sent on this 23 day of May, 2006 by fax and U S mail prepaid to:

Philip S. Beck
Bartlit Beck Herman Palenchar & Scott LLP.
54 West Hubbard Street, Suite 300
Chicago, IL 606003
(312) 494-4400

Susan Weber
Sidley & Austin LLP.
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Peter W. Sipker
Dorsey & Whitney LLP.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Mavin
William & Connolly LLP.
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Richard K. Dandrea
Eckest Seamens Cherin & Mellott, LLP.
USX Tower
600 Grant Street, 44th Floor
(412) 566-6000

Paul J. Zidlicks
Sidley & Austin LLP.
1501 K Street, N. W.
Washington, D.C. 20005
(202) 736-8000

Edward Stopher
Boehl Stopher & Graves
2800 Aegon Bldg
Suite 2300
Louisville, Ky 40202
(502) 589-5980