RECEIVED
BY MAIL
JUN 12 2006
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE: 02-CV-00445-MJD

In re: Baycol Product Litigation

This Document also Relates to:

Terry G. Hayes v. Bayer Corporation Case No. 02-00445

---

Terry G. Hayes Plaintiff

Deanna D. Dailey Larson & King LLP

Philip S. Beck Bartlit Beck Herman Palenchar & Scott LLP.

Susan Weber Sidley & Austin LLP.

Peter W. Sipker Dorsey & Whitney LLP.

Douglas R. Mavin William & Connolly LLP.

Edward Stopher Boehl Stopher & Graves LLP.

Richard K. Dandrea Eckest Seamens Cherin & Mellott LLP.

---

Come now the Plaintiff Terry G. Hayes bring this Motion of Experts Witness List for the Trail.

Plaintiff, list of Experts Witness against the Defendant Bayer Corporation.

The MDL has supplied the plaintiff with 15 experts. Plaintiff will supplied the additional expert witness list to the Defendant counsel of Boehl Stopher & Graves LLP.

The following list:

John S. Kasteler MD.
444 South First Street
Louisville, Kentucky 40202

Anthony George Jr. MD.
250 East Liberty Street, Suite 504
Louisville, Kentucky 40202

Kenneth Karl MD.
6420 Dutchman Pkwy
Louisville, Ky

Mary Jo Koller
6420 Dutchman Pkwy
Louisville, Ky

SCANNED
JUN 13 2006
U.S. DISTRICT COURT MPLS

Mohammad Mian MD
9017 Taylorsville Road
Louisville, Ky

Harold Lennett
250 East Liberty Street, Suite 700
Louisville, Ky 40202

Scott M. Salathe MD.
130 Vine Street
Shepherdsville, Ky 40165

Douglas P. Steven MD
220 Abraham Flexner Way
Louisville, Ky 40202

Peter Janace
US 42 Hwy, Suite 213
Louisville, Ky 40202

Amarjit Chopoa
200 East Chestnut Street
Louisville, Ky 40202

The Plaintiff has right to update this list anytime before the trail date.

Copies of the foregoing were sent on this 2 day of June, 2006 by fax and U S mail prepaid to:

Philip S. Beck
Bartlit Beck Herman Palenchar & Scott LLP.
54 West Hubbard Street, Suite 300
Chicago, IL 606003
(312) 494-4400

Susan Weber
Sidley & Austin LLP.
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Peter W. Sipker
Dorsey & Whitney LLP.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Mavin
William & Connolly LLP.
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Richard K. Dandrea
Eckest Seamens Cherin & Mellott, LLP.
USX Tower
600 Grant Street, 44th Floor
(412) 566-6000

Paul J. Zidlicks
Sidley & Austin LLP.
1501 K Street, N. W.
Washington, D.C. 20005
(202) 736-8000

Edward Stopher
Boehl Stopher & Graves
2800 Aegon Bldg
Suite 2300
Louisville, Ky 40202
(502) 589-5980

Terry G. Hayes Esq.
110 Pin Oak Circle
Mt. Washington, Ky 40047

LOUISVILLE KY 400
05 JUN 2006 PM 4 T




RECE[illegible]
BY MAIL
JUN 12 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Office of the Clerk
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minnesota 55401

55409+1531 C056