MR. TERRY G. HAYES
110 PIN OAK CIRCLE
MOUNT WASHINGTON,
KENTUCKY 40047
TELEPHONE: (502) 538-2500

RECEIVED
BY MAIL
JUL 05 2006
CLERK US DIST COURT
MINNEAPOLIS MN

July 1, 2006

US JUDGE DAVIS
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street
Minneapolis, Minnesota 55401

Dear: Honorable US Judge Davis

RE: Hayes v. Bayer Corporation Case No. 02-00445

This concerning PTO 151 and the outrage conduct of Mr Lavery at the plaintiff Hayes deposition on May 4, 2006.

The Court has a heightened duty to protest Pro-se plaintiff litigants.

Mr. Lavery of Boehl, Stopher & Graves LLP has flagrant violation, ethical rules and privileges established by the Federal Rules of Civil Procedure and decades of case law is untenable

Terry G. Hayes Esq.
Terry G. Hayes Esq.

SCANNED
JUL 0 5 2006
U.S. DISTRICT COURT MPLS

Terry G. Hayes Esq.
110 Pin Oak Circle
Mt. Washington, Ky 40047

LOUISVILLE KY 400
01 JUL 2006 PM 3 T

FIRST-CLASS

Office of the Clerk
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minnesota 55415

55415+1320