**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MDL)** |
| **This Document Relates to:** | : | |
| *Terry Hayes v. Bayer Corp., et al.* | : | Case No. 02-0445 |
| *Jessie Clancy v. Bayer Corp.* | : | Case No. 03-2161 |
| *Robyn K. Rimes for Estate of Nancy Fonner v. Bayer Corp.* | : | Case No. 03-2922 |
| *Robert Record v. Bayer AG, et al.* | : | Case No. 03-2929 |
| *Shirley West v. Bayer AG, et al.* | : | Case No. 03-3134 |
| *Audrey Collins v. Bayer AG, et al.* | : | Case No. 03-3144 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of July 25, 2006, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: AUG 16 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
AUG 16 2006
U.S. DISTRICT COURT MPLS