Terry G. Hayes Esq.
110 Pin Oak Circle
Mt. Washington,
Kentucky 40047
Telephone: (502) 538/2500

RECEIVED
2006

October 1, 2006

UNITED STATES DISTRICT JUDGE DAVIS
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 SOUTH FOURTH STREET
MINNESPOLIS, MINNESOTA 55401

Dear Honorable U.S. District Judge Davis

RE: Terry G. Hayes vs. Bayer Corporation
Case No. 02-0445

The Plaintiff Terry G. Hayes requesting that the above case be reinstated. On the ground that the plaintiff was incercaration at time case was dismissed. The enclosed document will proved it: Exhibits 1, 2.

Sincerely,
Terry G. Hayes
Terry G. Hayes

SCANNED
OCT 11 2006
U.S. DISTRICT COURT MPLS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MDL)** |
| **This Document Relates to:** | : | |
| *Terry Hayes v. Bayer Corp., et al.* | : | Case No. 02-0445 |
| *Jessie Clancy v. Bayer Corp.* | : | Case No. 03-2161 |
| *Robyn K. Rimes for Estate of Nancy Fonner v. Bayer Corp.* | : | Case No. 03-2922 |
| *Robert Record v. Bayer AG, et al.* | : | Case No. 03-2929 |
| *Shirley West v. Bayer AG, et al.* | : | Case No. 03-3134 |
| *Audrey Collins v. Bayer AG, et al.* | : | Case No. 03-3144 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of July 25, 2006, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: AUG 16 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
AUG 16 2006
U.S. DISTRICT COURT MPLS

AOC-385 Doc. Code: RFC
Rev. 6-03

Commonwealth of Kentucky
Court of Justice *www.kycourts.net*

**RELEASE FROM CUSTODY**

Case No. ________
Court District
County Bullitt

COMMONWEALTH OF KENTUCKY v. Terry G. Hayes

County Jailer of Bullitt

Person to be Released Terry Hayes

Offense(s) Charged ________

Court District County Bullitt

Date 9-25-06

Clerk Doris A. Cornell by M. Hodges

Original and one (1) copy: Original - Jailer; Copy 1 - Court